| | |
|---|---|
| COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>DANIEL J. KNAUSS (267414)<br>(dknauss@cooley.com)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306-2155<br>Telephone:    (650) 843-5000<br>Facsimile:     (650) 849-7400<br><br>DENNIS McCOOE<br>(mccooe@blankrome.com)<br>(admitted *Pro Hac Vice*)<br>KATHERINE BARECCHIA<br>(barecchia@blankrome.com)<br>(admitted *Pro Hac Vice*)<br>JOEL DION (dion-j@blankrome.com)<br>(admitted *Pro Hac Vice*)<br>BLANK ROME LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia. PA  19103<br>Telephone:    (215) 569-5580<br>Facsimile:     (215) 832-5580<br><br>Attorneys for Defendant<br>CoolIT Sysytems, Inc. | ROBERT F. McCAULEY (162056)<br>(robert.mccauley@finnegan.com)<br>TINA E. HULSE (232936)<br>(tina.hulse@finnegan.com)<br>FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER LLP<br>3300 Hillview Avenue<br>Palo Alto, CA  94304<br>Telephone:    (650) 849-6600<br>Facsimile:     (650) 849-6666<br><br>Attorneys for Plaintiffs<br>ASETEK HOLDINGS, INC. and<br>ASETEK A/S |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>                    Plaintiffs,<br><br>         v.<br><br>COOLIT SYSTEMS INC.,<br><br>                    Defendant. | CASE NO.  3:12-CV-04498-EMC<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIMES FOR RESPONSES TO DEFENDANT'S MOTION TO STAY PENDING REEXAMINATIONS [DKT. 20] AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) [DKT. 22];**<br><br>**[PROPOSED] ORDER** |

On October 26, 2012, Defendant CoolIT Systems Inc. ("CoolIT") filed a Motion to Stay the Civil Action Pending the Outcome of the *Inter Partes* Reexaminations of U.S. Patent Nos. 8,240,362 and 8,245,764 [Dkt. 20] and a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) [Dkt. 22]. CoolIT noticed both motions for hearing on January 17, 2013.  Plaintiffs Asetek Holdings, Inc. and Asetek A/S's (collectively, "Asetek") oppositions to CoolIT's motions are currently due on November 9, 2012.

Lead counsel for Asetek is currently at trial, which is scheduled to last at least through November 9, 2012, but will likely proceed into the following week.  Pursuant to Civil Local Rules 6-2(a) and 7-12, the parties, through their respective counsel of record, hereby stipulate to a request for an order extending the time for Asetek to respond to both of CoolIT's motions by two weeks, from November 9, 2012, up to and including November 23, 2012.  Because of a previously scheduled vacation of CoolIT's counsel, the parties further stipulate to a request for an order extending the time for CoolIT's replies to Asetek's oppositions by one week, from November 30, 2012, up to and including December 7, 2012.  No changes to the noticed hearing date are necessary in light of these changes.

By his signature below, counsel for Plaintiffs attests that counsel for Defendant concurs in the filing of this stipulation.

Dated: November 7, 2012                Respectfully submitted,

                                       FINNEGAN, HENDERSON, FARABOW,
                                         GARRETT & DUNNER, LLP


                                       By:    /s/  Robert F. McCauley
                                           Robert F. McCauley
                                           Attorneys for Plaintiffs
                                           Asetek A/S and Asetek Holdings, Inc.


Dated: November 7, 2012                Respectfully submitted,

                                       BLANK ROME LLP

                                       By:    /s/  Katherine Pauley Barecchia
                                           Katherine Pauley Barecchia
                                           Attorneys for Defendant
                                           CoolIT Systems Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 8th, 2012

_____
The Honorable ...



IT IS SO ORDERED
Judge Edward M. Chen