| | |
|---|---|
| COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>DANIEL J. KNAUSS (267414)<br>(dknauss@cooley.com)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306-2155<br>Telephone:     (650) 843-5000<br>Facsimile:      (650) 849-7400<br><br>DENNIS McCOOE<br>(mccooe@blankrome.com)<br>(admitted *Pro Hac Vice*)<br>KATHERINE BARECCHIA<br>(barecchia@blankrome.com)<br>(admitted *Pro Hac Vice*)<br>JOEL DION (dion-j@blankrome.com)<br>(admitted *Pro Hac Vice*)<br>BLANK ROME LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia. PA  19103<br>Telephone:     (215) 569-5580<br>Facsimile:      (215) 832-5580<br><br>Attorneys for Defendant<br>CoolIT Systems, Inc. | ROBERT F. McCAULEY (162056)<br>(robert.mccauley@finnegan.com)<br>TINA E. HULSE (232936)<br>(tina.hulse@finnegan.com)<br>FINNEGAN, HENDERSON, FARABOW,<br>     GARRETT & DUNNER LLP<br>3300 Hillview Avenue<br>Palo Alto, CA  94304<br>Telephone:     (650) 849-6600<br>Facsimile:      (650) 849-6666<br><br>Attorneys for Plaintiffs<br>ASETEK HOLDINGS, INC. and<br>ASETEK A/S |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>                    Plaintiffs,<br><br>          v.<br><br>COOLIT SYSTEMS INC.,<br><br>                    Defendant. | CASE NO.  3:12-CV-04498-EMC<br><br>**STIPULATED REQUEST FOR ORDER RESCHEDULING THE DECEMBER 14, 2012 CASE MANAGEMENT CONFERENCE**<br><br>[PR~~OP~~OSED] ORDER |

On October 3, 2012, the Court scheduled a Case Management Conference for December 14, 2012 (Dkt. 11). On October 26, 2012, Defendant CoolIT Systems Inc. ("CoolIT") filed a Motion to Stay the Civil Action Pending the Outcome of the *Inter Partes* Reexaminations of U.S. Patent Nos. 8,240,362 and 8,245,764 (Dkt. 20) and a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. 22). CoolIT noticed both motions for hearing on January 17, 2013.

Pursuant to the Court's October 3, 2012 Order, the parties, through their respective counsel, hereby stipulate to a request for an order rescheduling the Initial Case Management Conference for January 17, 2013, with the understanding that disclosures under the Patent Local Rules will remain keyed off of the original December 14, 2012, Initial Case Management Conference date (with Plaintiffs' Patent L.R. 3-1 and 3-2 disclosures due on December 28, 2012, and CoolIT's Patent L.R. 3-3 and 3-4 disclosures due February 11, 2013). The parties submit that good cause exists in view of the desirability of consolidating the Case Management Conference with the hearing on CoolIT's motions set for January 17, 2013.

By his signature below, counsel for Defendant attests that counsel for Plaintiffs concurs in the filing of this stipulation.

Dated: November 26, 2012                     Respectfully submitted,

                                             COOLEY LLP


                                             By:      /s/*Daniel J. Knauss*
                                                  Daniel J. Knauss
                                                  Attorneys for Defendant
                                                  CoolIT Systems Inc.

Dated: November 26, 2012                     Respectfully submitted,

                                             FINNEGAN, HENDERSON, FARABOW,
                                              GARRETT & DUNNER, LLP


                                             By:      /s/*Robert F. McCauley*
                                                  Robert F. McCauley
                                                  Attorneys for Plaintiffs
                                                  Asetek A/S and Asetek Holdings, Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.   The CMC is reset to 1/17/13 at 1:30 p.m.  A joint CMC Statement shall be filed by 1/10/13.

Dated:  November __29__, 2012



_____
The Honorable Edward M. Chen
United States District Judge
Northern District of California

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

1078737 v1/HN