1  Robert F. McCauley (SBN 162056)
   robert.mccauley@finnegan.com
2  Tina E. Hulse (SBN 232936)
   tina.hulse@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
4  3300 Hillview Avenue
   Palo Alto, California 94304
5  Tel: (650) 849-6600
   Fax: (650) 849-6666
6  Attorneys for Plaintiffs
   ASETEK HOLDINGS, INC.
7  and ASETEK A/S

   COOLEY LLP
   HEIDI L. KEEFE (178960)
   (hkeefe@cooley.com)
   DANIEL J. KNAUSS (267414)
   (dknauss@cooley.com)
   Five Palo Alto Square
   3000 El Camino Real
   Palo Alto, CA  94306-2155
   Telephone:    (650) 843-5000
   Facsimile:    (650) 849-7400

   DENNIS McCOOE
   (mccooe@blankrome.com)
   (admitted *Pro Hac Vice*)
   KATHERINE BARECCHIA
   (barecchia@blankrome.com)
   (admitted *Pro Hac Vice*)
   JOEL DION (dion-j@blankrome.com)
   (admitted *Pro Hac Vice*)
   BLANK ROME LLP
   One Logan Square
   130 North 18th Street
   Philadelphia. PA  19103
   Telephone:    (215) 569-5580
   Facsimile:    (215) 832-5580

   Attorneys for Defendant
   CoolIT Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COOLIT SYSTEMS INC.,<br><br>　　　　Defendant. | CASE NO.  3:12-CV-04498-EMC<br><br>**STIPULATED REQUEST TO SEAL COURTROOM DURING MOTIONS HEARING; [PROPOSED] ORDER**<br><br>Date:　　　January 17, 2013<br>Time:　　　1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge:　　  Hon. Edward M. Chen |

1  As explained in more detail below, the parties to this action hereby submit this stipulated request to seal the courtroom during oral argument on two motions which involve confidential information that was previously filed under seal by Order of the Court.

More specifically, Defendant CoolIT Systems Inc. "("CoolIT") has filed a motion to stay and a motion to dismiss this action, both set for hearing on January 17, 2013 at 1:30 P.M. CoolIT duly submitted motions and declarations to seal evidence submitted in support of both motions, and the Court granted both motions to seal [Dkt. Nos. 42 and 46].  Plaintiffs Asetek Holdings, Inc. and Asetek A/S ("Asetek") also duly submitted a motion and declaration to seal evidence submitted in support of its opposition to CoolIT's motion to stay, and the Court granted that motion to seal as well [Dkt. No. 45].  Accordingly, the parties respectfully request that at the time of the hearing on CoolIT's motions, the Court reserve this matter for last on its motion calendar and seal the Courtroom before any of the parties' confidential information is disclosed on the record.

By his signature below, counsel for Plaintiffs attests that counsel for Defendant concurs in the filing of this Stipulation.

Dated:  January 15, 2013    FINNEGAN, HENDERSON, FARABOW,
                              GARRETT & DUNNER, LLP

                            By:        /s/ *Robert F. McCauley*
                                       Robert F. McCauley

                            Attorneys for Plaintiffs
                            Asetek A/S and Asetek Holdings, Inc.


Dated:  January 15, 2013    COOLEY LLP

                            By:        /s/ *Daniel J. Knauss*
                                       Daniel J. Knauss

                            Attorneys for Defendant
                            CoolIT Systems, Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, the Stipulation is GRANTED.

**IT IS SO ORDERED.**

Dated: 1/16/13

The Honorable Edward M. Chen
United States District Judge
Northern District of California

*IT IS SO ORDERED*
*Judge Edward M. Chen*