| | |
|---|---|
| COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>DANIEL J. KNAUSS (267414)<br>(dknauss@cooley.com)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306-2155<br>Telephone:     (650) 843-5000<br>Facsimile:      (650) 849-7400<br><br>DENNIS McCOOE<br>(mccooe@blankrome.com)<br>(admitted *Pro Hac Vice*)<br>KATHERINE BARECCHIA<br>(barecchia@blankrome.com)<br>(admitted *Pro Hac Vice*)<br>JOEL DION (dion-j@blankrome.com)<br>(admitted *Pro Hac Vice*)<br>BLANK ROME LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA  19103<br>Telephone:     (215) 569-5580<br>Facsimile:      (215) 832-5580<br><br>Attorneys for Defendant<br>CoolIT Sysytems, Inc. | ROBERT F. McCAULEY (162056)<br>(robert.mccauley@finnegan.com)<br>TINA E. HULSE (232936)<br>(tina.hulse@finnegan.com)<br>FINNEGAN, HENDERSON, FARABOW,<br>     GARRETT & DUNNER LLP<br>3300 Hillview Avenue<br>Palo Alto, CA  94304<br>Telephone:     (650) 849-6600<br>Facsimile:      (650) 849-6666<br><br>Attorneys for Plaintiffs<br>ASETEK HOLDINGS, INC. and<br>ASETEK A/S |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>             Plaintiffs,<br><br>             v.<br><br>COOLIT SYSTEMS INC.,<br><br>             Defendant. | CASE NO.  3:12-CV-04498-EMC<br><br>**STIPULATED REQUEST FOR ORDER AMENDING CASE MANAGEMENT ORDER**<br><br>[~~PROPO~~SED] ORDER<br>  (as modified) |

On January 17, 2013, the Court held an Initial Case Management Conference. At the Initial Case Management Conference, the Court adopted the parties' proposed Case Management Order through the completion of claim construction discovery and set a further case management conference for May 23, 2013 at 10:30 am. On February 26, 2013, CoolIT filed its amended answer to Asetek's amended complaint and amended counterclaims. CoolIT's amended counterclaims included a claim for infringement of CoolIT's U.S. Pat. No. 8,382,456, which issued on February 26, 2013. The parties are preparing to exchange the contentions required by the Patent Local Rules in connection with CoolIT's patent. The parties agree that, in view of CoolIT's new counterclaim, coordination of dates for claim construction proceedings for Asetek's patents-in-suit and CoolIT's patent-in-suit would be efficient.

Accordingly, the parties submit that good cause exists to amend the Case Management Order in view of the desirability of coordinating claim construction for all patents now involved in this case.

The parties propose the following amended schedule:

| EVENT | PROPOSED SCHEDULE |
|---|---|
| Last Day for CoolIT to Serve Disclosure of Asserted Claims and Infringement Contentions (and accompanying document production) | March 19, 2013 |
| Last Day for Asetek to Serve Preliminary Invalidity Contentions (and accompanying document production) | May 3, 2013 |
| Last Day for Parties to Exchange List of "Proposed Terms and Claim Elements for Construction" | May 17, 2013 |
| Case Management Conference | May 23, 2013 at 10:30 am |
| Meet and confer to identify 10 terms | May 24, 2013 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | June 7, 2013 |

| EVENT | PROPOSED SCHEDULE |
|---|---|
| Meet and confer re Joint Claim Construction and Prehearing Statement | June 14, 2013 |
| Joint Claim Construction and Prehearing Statement | July 2, 2013 |
| Complete claim construction discovery | July 16, 2013 |
| Opening claim construction briefs | July 30, 2013 |
| Responsive Briefs | August 13, 2013 |
| Reply Briefs | August 20, 2013 |
| Tutorial - Oct. 21, 2013 at 10:00 a.m. Claim Construction Hearing - Nov. 4 & 5 at 2:30 p.m. | ~~September 3, 2013, or at the earliest next available date of the Court~~ |
| ~~Close of Fact Discovery~~ Last Day to File Motions for Leave to Amend the Pleadings | December 17, 2013 or sixty days from issuance of the claim construction order, whichever is later |
| Initial Expert Reports (on issues upon which party bears burden of proof) | January 7, 2014 or 21 days after the close of fact discovery, whichever is later |
| Rebuttal Expert Reports | February 6, 2014 or 30 days after initial expert reports, whichever is later |
| Close of Expert Discovery | March 10, 2014 or 30 days after rebuttal expert reports, whichever is later |
| Last Day to File Dispositive Motions | March 24, 2014 or 14 days after close of expert discovery, whichever is later |
| Final Pretrial Conference | TBD |
| Trial | May 2014 (subject to the Court's availability) |

By his signature below, counsel for Defendant attests that counsel for Plaintiffs concurs in the filing of this stipulation.

Dated:  March 8, 2013        Respectfully submitted,

BLANK ROME LLP


By:     /s/*Dennis P. McCooe*
     Dennis P. McCooe
     Attorneys for Defendant
     CoolIT Systems Inc.

Dated: March 8, 2013        Respectfully submitted,

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP


By:     /s/*Robert F. McCauley*
     Robert F. McCauley
     Attorneys for Plaintiffs
     Asetek A/S and Asetek Holdings, Inc.

## [PROP~~OS~~ED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  March __12__, 2013

The Honorable Edward M. Chen
United States District Judge
Northern District of California

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

## ATTESTATION PER GENERAL ORDER 45

I, Daniel J. Knauss, am the ECF User whose ID and password are being used to file this Stipulated Request for Order Amending Case Management Order.  In compliance with General Order 45, X.B., I hereby attest that the counsel listed above have concurred with this filing.

Dated: March 8, 2013        */s/ Daniel J. Knauss*
     DANIEL J. KNAUSS
     Attorneys for Defendant
     CoolIT Systems, Inc.

1105849 v1/HN