| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>robert.mccauley@finnegan.com<br>Tina E. Hulse (SBN 232936)<br>tina.hulse@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Tel:     (650) 849-6600<br>Fax:    (650) 849-6666<br><br>Attorneys for Plaintiffs<br>ASETEK HOLDINGS, INC.<br>and ASETEK A/S | COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>DANIEL J. KNAUSS (267414)<br>(dknauss@cooley.com)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306-2155<br>Telephone:    (650) 843-5000<br>Facsimile:    (650) 849-7400<br><br>DENNIS McCOOE<br>(mccooe@blankrome.com)<br>(admitted *Pro Hac Vice*)<br>KATHERINE BARECCHIA<br>(barecchia@blankrome.com)<br>(admitted *Pro Hac Vice*)<br>JOEL DION (dion-j@blankrome.com)<br>(admitted *Pro Hac Vice*)<br>BLANK ROME LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia. PA  19103<br>Telephone:    (215) 569-5580<br>Facsimile:    (215) 832-5580<br><br>Attorneys for Defendant<br>COOLIT SYSTEMS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>Plaintiffs,<br><br>v.<br><br>COOLIT SYSTEMS INC.,<br><br>Defendant. | CASE NO.  3:12-CV-04498-EMC<br><br>**STIPULATED REQUEST TO SEAL COURTROOM DURING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:         May 23, 2013<br>Time:        10:30 a.m.<br>Courtroom: 5, 17th Floor<br>Judge:       Hon. Edward M. Chen |

1  The parties to this action hereby submit this stipulated request to seal the courtroom
2  during the May 23, 2013, Case Management Conference.  Defendant CoolIT Systems Inc. has
3  indicated that it may discuss with the Court certain documents that Asetek has produced and
4  designated as Attorneys' Eyes Only under the Protective Order because they contain confidential
5  and proprietary information that would subject Asetek and/or third parties to competitive injury
6  if it were to become publicly known.  In addition, the documents include several confidential
7  third-party agreements and correspondence related to those agreements, which Asetek is under a
8  contractual obligation to keep the confidential.  Accordingly, the parties respectfully request that,
9  at the time of Case Management Conference, the Court reserve this matter for last on its calendar
10 and seal the Courtroom before any of Asetek's confidential information is disclosed on the
11 record.

12   By his signature below, counsel for Plaintiffs attests that counsel for Defendant concurs
13 in the filing of this Stipulation.

15 Dated:  May 14, 2013           FINNEGAN, HENDERSON, FARABOW,
                                  GARRETT & DUNNER, LLP

17                                 By:    /s/ *Robert F. McCauley*
                                          Robert F. McCauley

19                                 Attorneys for Plaintiffs
                                   Asetek A/S and Asetek Holdings, Inc.

21 Dated:  May 14, 2013           BLANK ROME LLP

23                                 By:    /s/ *Joel Dion*
                                          Joel Dion

24                                 Attorneys for Defendant
                                   CoolIT Systems, Inc.

1

STIPULATION TO SEAL COURTROOM
[PROPOSED] ORDER.
CASE NO. 3:12-CV-04498-EMC

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, the Stipulation is GRANTED.

**IT IS SO ORDERED.**

5/16/13

Dated: _____   _____

The Ho...
United S...
Northern...

