COOLEY LLP
HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
DANIEL J. KNAUSS (267414) (dknauss@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

DENNIS McCOOE  (mccooe@blankrome.com)
(admitted *Pro Hac Vice*)
KATHERINE BARECCHIA (barecchia@blankrome.com)
(admitted *Pro Hac Vice*)
JOEL DION (dion-j@blankrome.com)
(admitted *Pro Hac Vice*)
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103
Telephone:     (215) 569-5580
Facsimile:     (215) 832-5580

Attorneys for Defendant
CoolIT Systems, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>Plaintiffs,<br><br>v.<br><br>COOLIT SYSTEMS INC.,<br><br>Defendant. | Case No.  3:12-cv-04498-EMC<br><br>**REQUEST BY COUNSEL FOR DEFENDANT COOLIT SYSTEMS, INC. TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>**DATE:   JUNE 20, 2013**<br>**TIME:   1:30 P.M.**<br>**JUDGE: HON. EDWARD M. CHEN** |

Pursuant to Civil Local Rule 16-10, counsel for Defendant CoolIT Systems, Inc., hereby respectfully requests that Mr. Joel Dion be allowed to participate in the June 20, 2013, 1:30 p.m. case management conference by telephone.  Mr. Dion is based in Philadelphia and is unable to attend the hearing in person.  Mr. Daniel J. Knauss will appear for Defendant in person.

Mr. Joel Dion's direct dial telephone number is (215) 569-5788.

1

Dated: June 17, 2013

COOLEY LLP
HEIDI L. KEEFE
DANIEL J. KNAUSS


/s/ *Daniel J. Knauss*
DANIEL J. KNAUSS
Attorneys for Defendant
CoolIT Systems, Inc.

**ORDER**

IT IS SO ORDERED.

DATED:  June $\underset{\_\_\_}{19}$, 2013

HON. EDW

1144286 v1/HN

APPROVED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**REQUEST BY COUNSEL FOR DEF TO
APPEAR BY TELEPHONE AT CMC**