| | |
|---|---|
| Robert F. McCauley (SBN 162056) | COOLEY LLP |
| robert.mccauley@finnegan.com | HEIDI L. KEEFE (178960) |
| Tina E. Hulse (SBN 232936) | (hkeefe@cooley.com) |
| tina.hulse@finnegan.com | DANIEL J. KNAUSS (267414) |
| FINNEGAN, HENDERSON, FARABOW, | (dknauss@cooley.com) |
|   GARRETT & DUNNER, LLP | Five Palo Alto Square |
| 3300 Hillview Avenue | 3000 El Camino Real |
| Palo Alto, California 94304 | Palo Alto, CA  94306-2155 |
| Tel: (650) 849-6600 | Telephone:    (650) 843-5000 |
| Fax: (650) 849-6666 | Facsimile:     (650) 849-7400 |
| Attorneys for Plaintiffs ASETEK HOLDINGS, INC. and ASETEK A/S | DENNIS McCOOE (mccooe@blankrome.com) (admitted *Pro Hac Vice*) KATHERINE BARECCHIA (barecchia@blankrome.com) (admitted *Pro Hac Vice*) JOEL DION (dion-j@blankrome.com) (admitted *Pro Hac Vice*) BLANK ROME LLP One Logan Square 130 North 18th Street Philadelphia. PA  19103 Telephone:    (215) 569-5580 Facsimile:     (215) 832-5580 |
| | Attorneys for Defendant CoolIT Systems Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S, <br><br>Plaintiffs, <br><br>v. <br><br>COOLIT SYSTEMS INC., <br><br>Defendant. | CASE NO.  3:12-CV-04498-EMC <br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME TO RESPOND TO DEFENDANT COOLIT SYSTEMS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DKT. NO. 93]; [PR~~OPO~~SED] ORDER** |

1  On August 2, 2013, Defendant CoolIT Systems, Inc. ("CoolIT") filed a Motion for Partial Summary Judgment to Prevent Asetek's Double Recovery of Damages and, in the Alternative, for Patent Exhaustion.  Dkt. 93.  CoolIT noticed the hearing for the motion for September 19, 2013.  Plaintiffs Asetek Holdings, Inc. and Asetek A/S's (collectively, "Asetek") opposition is currently due on August 16, 2013.

Asetek intends to submit a declaration in support of its opposition, but the declarant is currently traveling abroad this week.  On August 12, 2013, Asetek's counsel requested a one-week extension to respond to CoolIT's motion.  Counsel for CoolIT agreed.  Pursuant to Civil Local Rules 6-2(a) and 7-12, the parties, through their respective counsel of record, hereby stipulate to a request for an order extending the time for Asetek to respond to CoolIT's motion by one week, from August 16, 2013, up to and including August 23, 2013.  No changes to the noticed hearing date are necessary in light of this requested extension.

By his signature below, counsel for Plaintiffs attests that counsel for Defendant concurs in the filing of this document.

Dated:  August 13, 2013

Respectfully submitted,

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP


By: ___/s/ *Robert F. McCauley*___
       Robert F. McCauley

       Attorneys for Plaintiffs
       Asetek A/S and Asetek Holdings, Inc.


Dated:  August 13, 2013

COOLEY LLP


By: ___*/s/ Daniel J. Knauss*___
       Daniel J. Knauss

       Attorneys for Defendant
       CoolIT Systems Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 13, 2013



The Honorable Edward M. Chen
United States District Judge
Northern District of California

STIPULATED REQUEST FOR ORDER CHANGING TIME
CASE NO. 3:12-CV-04498-EMC

1