UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>Plaintiffs,<br><br>v.<br><br>COOLIT SYSTEMS INC.,<br><br>Defendant. | Case No. 3:12-cv-04498-EMC<br><br>**[PR~~OPO~~SED] ORDER GRANTING DEFENDANT COOLIT SYSTEMS INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS SUPPORTING COOLIT'S REPLY RE MOTION FOR PARTIAL SUMMARY JUDGMENT** |

The Court has considered the Administrative Motion to File under Seal portions of Defendant's Reply RE Motion for Partial Summary Judgment and the Declaration of Geoffrey Sean Lyon submitted in support of Defendant's Reply RE Motion for Partial Summary Judgment.

IT IS HEREBY ORDERED that the Motion is GRANTED. ~~The Clerk of the Court shall file under seal portions of Defendant's Reply RE Motion for Partial Summary Judgment, and the Declaration of Geoffrey Sean Lyon submitted in support thereof, as indicated in the redacted version of the Motion filed with the Court.~~  * see below

Dated: 9/3/13 _____

_____
Hon. Edward Chen
Judge of the United States District Court
Northern District of California

*IT IS SO ORDERED AS MODIFIED* — Judge Edward M. Chen

```
Upon receipt of this order, Counsel shall immediately electronically file under seal
the documents at issue pursuant to General Order 62.  Counsel may obtain more
information about electronically filing documents under seal via the Court website
(www.cand.uscourts.gov) and also the Court's ECF website (https://
ecf.cand.uscourts.gov/cand/index.html).
```

1167859 v1/HN

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

ASETEK HOLDINGS, et al. v. COOLIT SYSTEMS, INC. – 3:12-CV-04498-EMC       1       [PROPOSED] ORDER GRANTING DEF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL