| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>robert.mccauley@finnegan.com<br>Tina E. Hulse (SBN 232936)<br>tina.hulse@finnegan.com<br>Jeffrey D. Smyth (SBN 280665)<br>jeffrey.smyth@finnegan.com<br>Holly Atkinson (SBN 286546)<br>holly.atkinson@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Tel:   (650) 849-6600<br>Fax:   (650) 849-6666<br><br>Attorneys for Plaintiffs<br>ASETEK HOLDINGS, INC.<br>and ASETEK A/S | COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>DANIEL J. KNAUSS (267414)<br>(dknauss@cooley.com)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306-2155<br>Telephone:   (650) 843-5000<br>Facsimile:   (650) 849-7400<br><br>DENNIS McCOOE<br>(mccooe@blankrome.com)<br>(admitted *Pro Hac Vice*)<br>KATHERINE BARECCHIA<br>(barecchia@blankrome.com)<br>(admitted *Pro Hac Vice*)<br>JOEL DION (dion-j@blankrome.com)<br>(admitted *Pro Hac Vice*)<br>BLANK ROME LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia. PA  19103<br>Telephone:   (215) 569-5580<br>Facsimile:   (215) 832-5580<br><br>Attorneys for Defendant<br>COOLIT SYSTEMS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>          Plaintiffs,<br><br>     v.<br><br>COOLIT SYSTEMS INC.,<br><br>          Defendant. | CASE NO.  3:12-CV-04498-EMC<br><br>**STIPULATED REQUEST TO SEAL COURTROOM DURING SUMMARY JUDGMENT HEARING; [P~~ROPO~~SED] ORDER**<br><br>Date:   September 19, 2013<br>Time:   ~~1:30 p.m.~~ 1:00 p.m.<br>Courtroom:   5, 17th Floor<br>Judge:   Hon. Edward M. Chen |

1  The parties to this action hereby submit this stipulated request to seal the courtroom
2 during the September 19, 2013 hearing regarding Defendant CoolIT Systems, Inc.'s Motion for
3 Partial Summary Judgment.  The hearing is likely to involve the discussion of certain documents
4 that Asetek has produced and designated as Attorneys' Eyes Only under the Protective Order
5 because they contain confidential and proprietary information that would subject Asetek and/or
6 third parties to competitive injury if it were to become publicly known.  In addition, the
7 documents include several confidential third-party agreements and correspondence related to
8 those agreements, which Asetek is under a contractual obligation to keep confidential.
9 Moreover, it is also possible that information that CoolIT has designated Attorney's Eyes Only
10 may be discussed during the hearing.  Accordingly, the parties respectfully request that, at the
11 time of the Summary Judgment Hearing, the Court reserve this matter for last on its calendar and
12 seal the Courtroom before any of Asetek's confidential information is disclosed on the record.
13  By his signature below, counsel for Plaintiffs attests that counsel for Defendant concurs
14 in the filing of this Stipulation.

16 Dated: September 9, 2013         FINNEGAN, HENDERSON, FARABOW,
                                         GARRETT & DUNNER, LLP

18                                  By:      /s/ **Robert F. McCauley**
                                              Robert F. McCauley

                                    Attorneys for Plaintiffs
20                                  Asetek A/S and Asetek Holdings, Inc.

22 Dated: September 9, 2013         BLANK ROME LLP

23
                                    By:      /s/ **Dennis P. McCooe**
24                                            Dennis P. McCooe

25                                  Attorneys for Defendant
                                    CoolIT Systems, Inc.

1

STIPULATION TO SEAL COURTROOM
[PROPOSED] ORDER.
CASE NO. 3:12-CV-04498-EMC

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION OF THE PARTIES, the Stipulation is GRANTED.
The hearing time is reset for 1:00 p.m. on 9/19/13.
3  **IT IS SO ORDERED.** Counsel must appear before 1:00 p.m.

4

5  Dated: _____9/9/13_____    _____

6                                             The Honorable Edward M. Chen
                                               Judge
7                                              Northern District of California



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen