| | |
|---|---|
| Robert F. McCauley (SBN 162056) <br> robert.mccauley@finnegan.com <br> Jeffrey D. Smyth (SBN 280665) <br> jeffrey.smyth@finnegan.com <br> Holly Atkinson (SBN 286546) <br> holly.atkinson@finnegan.com <br> FINNEGAN, HENDERSON, FARABOW, <br>  GARRETT & DUNNER, LLP <br> 3300 Hillview Avenue <br> Palo Alto, California 94304 <br> Tel: (650) 849-6600 <br><br> Attorneys for Plaintiffs ASETEK HOLDINGS, INC. and ASETEK A/S <br><br> Elizabeth H. Rader (SBN 184963) <br> Celine Liu (SBN 268990) <br> Alston & Bird LLP <br> 275 Middlefield Road, Suite 150 <br> Menlo Park, CA  94025-4008 <br> Telephone:  650-838-2000 <br><br> Attorneys for Defendants <br> COOLER MASTER CO., LTD. AND COOLER MASTER USA INC. | COOLEY LLP <br> HEIDI L. KEEFE (SBN 178960) <br> hkeefe@cooley.com <br> DANIEL J. KNAUSS (SBN 267414) <br> dknauss@cooley.com <br> Five Palo Alto Square <br> 3000 El Camino Real <br> Palo Alto, CA  94306-2155 <br> Telephone:     (650) 843-5000 <br><br> DENNIS McCOOE <br> mccooe@blankrome.com <br> (admitted *Pro Hac Vice*) <br> JOEL DION <br> dion-j@blankrome.com <br> (admitted *Pro Hac Vice*) <br> BLANK ROME LLP <br> One Logan Square <br> 130 North 18th Street <br> Philadelphia. PA  19103 <br> Telephone:     (215) 569-5580 <br><br> Attorneys for Defendant <br> CoolIT Systems Inc. |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S, <br><br> Plaintiffs, <br><br> v. <br><br> COOLIT SYSTEMS INC., <br><br> Defendant. | CASE NO.  3:12-CV-04498-EMC |
| ASETEK HOLDINGS, INC. and ASETEK A/S, <br><br> Plaintiffs, <br><br> v. <br><br> COOLER MASTER CO., LTD. AND COOLER MASTER USA INC., <br><br> Defendants. | CASE NO. 3:13-CV-00457-JST |

**STIPULATED REQUEST FOR ORDER CHANGING TIME
TO FILE RESPONSIVE AND REPLY CLAIM CONSTRUCTION BRIEFS**

1  Pursuant to the June 24, 2013 Civil Minutes, Dkt. 89, responsive claim construction briefs are currently due on October 7, 2013 and reply claim construction briefs are currently due on October 14, 2013 (a federal holiday).  On September 23, 2013, pursuant to a stipulation, the Court rescheduled the technical tutorial for November 15, 2013 and the claim construction hearing for November 25 and 26, 2013.  Dkt. 123.

Pursuant to Civil Local Rules 6-2(a) and 7-12 and in view of the rescheduled technical tutorial and claim construction hearing, and the October 14, 2013 holiday (Columbus Day), the parties, through their respective counsel of record, hereby stipulate to a request for an order extending the time for responsive claim construction briefs by eight days, from October 7, 2013 up to and including October 15, 2013 and for reply claim construction briefs by eight days, from October 14, 2013 up to and including October 22, 2013.  No changes to the scheduled technical tutorial or hearing date are necessary in light of this requested extension.

By his signature below, counsel for Defendant CoolIT attests that counsel for Defendants Cooler Master Co., Ltd. and Cooler Master USA, Inc. and counsel for Plaintiffs concur in the filing of this document.

Dated:  September 30, 2013         Respectfully submitted,
                                   COOLEY LLP


                                   By:    */s/ Daniel J. Knauss*
                                          Daniel J. Knauss

                                          Attorneys for Defendant
                                          CoolIT Systems Inc.


Dated:  September 30, 2013         ALSTON & BIRD, LLP


                                   By:    /s/  *Elizabeth H. Rader*
                                          Elizabeth H. Rader

                                          Attorneys for Defendants
                                          Cooler Master Co., Ltd. and
                                          Cooler Master USA Inc.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  September 30, 2013 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| 3 | | |
| 4 | | By: __/s/  *Robert F. McCauley*__<br>        Robert F. McCauley |
| 5 | | Attorneys for Plaintiffs |
| 6 | | Asetek A/S and Asetek Holdings, Inc. |

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October __2__, 2013

_____
The Honorable Edward M. Chen
United States District Judge
Northern District of California

GRANTED

Judge Edward M. Chen

139840.00601/12350946v.1