[All Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>Plaintiffs,<br><br>v.<br><br>COOLIT SYSTEMS INC.,<br><br>Defendant. | CASE NOS.  3:12-CV-04498-EMC and<br>3:13-CV-00457-JST<br><br>**STIPULATION REGARDING PLAINTIFFS' CLAIM CONSTRUCTION REPLY BRIEF PAGE LIMIT; [PROPOSED] ORDER** |
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>Plaintiffs,<br><br>v.<br><br>COOLER MASTER CO., LTD. AND COOLER MASTER USA INC.,<br><br>Defendants. | **Date:** November 25-26, 2013<br>**Time:** 2:30 p.m.<br>**Courtroom:** 5, 17th Floor<br>**Judge:** Hon. Edward M. Chen |

1  Plaintiffs Asetek Holdings, Inc. and Asetek A/S ("Plaintiffs") filed an opening claim
2  construction brief regarding U.S. Patent Nos. 8,240,362 and 8,245,764 on September 23, 2013
3  (Dkt. 127). Defendants CoolIT Systems Inc. and Cooler Master Co., Ltd. and Cooler Master
4  USA Inc. (collectively, "Defendants"), submitted two separate responsive briefs on October 15,
5  2013 (Dkt. 136, 137), totaling a combined 37 pages. Local Rule 7-4 limits reply briefs to 15
6  pages each absent an express order from the Court.

7  Plaintiffs and Defendants hereby stipulate, with the Court's permission, that Plaintiffs
8  may file a single combined reply brief not to exceed 25 pages, instead of two separate reply
9  briefs of up to 15 pages each. Plaintiffs believe that this will minimize repetition and result in
10  fewer pages for the Court to review.

11  By his signature below, counsel for Plaintiffs attests that counsel for Defendants concur
12  in the filing of this Stipulation.

14  Dated: October 17, 2013                    FINNEGAN, HENDERSON, FARABOW,
                                                 GARRETT & DUNNER, LLP

16                                              By:   */s/ Robert F. McCauley*
                                                        Robert F. McCauley

18                                                 Robert F. McCauley (SBN 162056)
                                                   robert.mccauley@finnegan.com
19                                                 Jeffrey D. Smyth (SBN 280665)
                                                   jeffrey.smyth@finnegan.com
                                                   Holly Atkinson (SBN 286546)
20                                                 holly.atkinson@finnegan.com
                                                   FINNEGAN, HENDERSON, FARABOW,
21                                                  GARRETT & DUNNER, LLP
                                                   3300 Hillview Avenue
22                                                 Palo Alto, California 94304
                                                   Tel:       (650) 849-6600
23                                                 Fax:       (650) 849-6666

24                                                 Attorneys for Plaintiffs
                                                   Asetek A/S and Asetek Holdings, Inc.

1

STIPULATION; [PROPOSED] ORDER RE PLAINTIFFS' CLAIM
CONSTR. REPLY BRIEF PAGE LIMIT
CASE NOS. 3:12-CV-04498-EMC, 3:13-CV-00457-JST

| | | |
|---|---|---|
| 1 | Dated: October 17, 2013 | BLANK ROME LLP |
| 2 | | |
| 3 | | By:  */s/ Joel Dion*  <br>       Joel Dion |
| 4 | | COOLEY LLP <br> HEIDI L. KEEFE (178960) |
| 5 | | (hkeefe@cooley.com) <br> DANIEL J. KNAUSS (267414) |
| 6 | | (dknauss@cooley.com) <br> Five Palo Alto Square |
| 7 | | 3000 El Camino Real <br> Palo Alto, CA  94306-2155 |
| 8 | | Telephone:(650) 843-5000 <br> Facsimile: (650) 849-7400 |
| 9 | | |
| 10 | | DENNIS McCOOE <br> (mccooe@blankrome.com) <br> (admitted *Pro Hac Vice*) |
| 11 | | KATHERINE BARECCHIA <br> (barecchia@blankrome.com) |
| 12 | | (admitted *Pro Hac Vice*) <br> JOEL DION (dion-j@blankrome.com) |
| 13 | | (admitted *Pro Hac Vice*) <br> BLANK ROME LLP |
| 14 | | One Logan Square <br> 130 North 18th Street |
| 15 | | Philadelphia. PA  19103 <br> Telephone:(215) 569-5580 |
| 16 | | Facsimile: (215) 832-5580 |
| 17 | | Attorneys for Defendant <br> CoolIT Systems, Inc. |
| 18 | | |
| 19 | Dated: October 17, 2013 | ALSTON & BIRD LLP |
| 20 | | |
| 21 | | By:  */s/ Elizabeth H. Rader*  <br>       Elizabeth H. Rader |
| 22 | | Yitai Hu (SBN 248085) <br> Elizabeth H. Rader (SBN 184963) |
| 23 | | ALSTON & BIRD LLP <br> 275 Middlefield Road, Suite 150 |
| 24 | | Menlo Park, CA 94025-4008 <br> Telephone:(650) 838-2000 |
| 25 | | |
| 26 | | Celine Liu (SBN 268990) <br> ALSTON & BIRD LLP |
| 27 | | The Atlantic Building <br> 950 F Street, NW |
| 28 | | Washington, DC 20004-1404 |

2

STIPULATION; [PROPOSED] ORDER RE PLAINTIFFS' CLAIM
CONSTR. REPLY BRIEF PAGE LIMIT
CASE NOS. 3:12-CV-04498-EMC, 3:13-CV-00457-JST

1   Telephone:(202) 239-3300

2   Attorneys for Defendant
    COOLER MASTER CO., LTD. and
3   COOLER MASTER USA INC.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION; [PROPOSED] ORDER RE PLAINTIFFS' CLAIM
CONSTR. REPLY BRIEF PAGE LIMIT
CASE NOS. 3:12-CV-04498-EMC, 3:13-CV-00457-JST

1                                         **[P~~RO~~POSED] ORDER**

2        PURSUANT TO STIPULATION OF THE PARTIES, the Stipulation is GRANTED.

3     **IT IS SO ORDERED.**

5   Dated:   10/18/13             _____

6                                                        Edward M. Chen

7                                                        District Judge

8                                                        Northern District of California



1

STIPULATION; [PROPOSED] ORDER RE PLAINTIFFS' CLAIM
CONSTR. REPLY BRIEF PAGE LIMIT
CASE NOS. 3:12-CV-04498-EMC, 3:13-CV-00457-JST