1    [All Counsel Listed on Signature Page]

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 11   ASETEK HOLDINGS, INC. and ASETEK A/S, | CASE NOS.  3:12-CV-04498-EMC and<br>              3:13-CV-00457-JST |
| 12           Plaintiffs, | **STIPULATED REQUEST FOR ORDER** |
| 13            v. | **EXTENDING TIME TO FILE REPLY**<br>**CLAIM CONSTRUCTION BRIEFS;** |
| 14   COOLIT SYSTEMS INC., | **[PROPOSED] ORDER**    (modified) |
| 15           Defendant. | |
| 16   ASETEK HOLDINGS, INC. and ASETEK A/S, | **Date:** November 25-26, 2013 |
| 17           Plaintiffs, | **Time:** 2:30 p.m.<br>**Courtroom:** 5, 17th Floor |
| 18            v. | **Judge:** Hon. Edward M. Chen |
| 19   COOLER MASTER CO., LTD. AND COOLER | |
| 20   MASTER USA INC., | |
|           Defendants. | |
| 21 | |

22

23

24

25

26

27

28

1    Pursuant to the October 2, 2013 Stipulation and Order, Dkt. 131, reply claim construction

2   briefs from Plaintiffs Asetek Holdings, Inc. and Asetek A/S ("Asetek") and CoolIT Systems Inc.

3   ("CoolIT") are currently due on October 22, 2013.  On October 15, 2013, the parties served their

4   responsive claim construction briefs.  On October 18, 2013 the parties stipulated that Asetek

5   would be permitted to file a single, combined reply brief in response to the Defendants' briefs.

6   Dkt. 140.

7    Pursuant to Civil Local Rules 6-2(a) and 7-12, the parties, through their respective

8   counsel of record, hereby stipulate, with the Court's permission, to extend the time for reply

9   claim construction briefs by seven days, from October 22, 2013 up to and including October 29,

10  2013.  This requested extension would apply to both Asetek's and CoolIT's reply briefs.  No

11  changes to the scheduled technical tutorial or hearing date are requested or necessary in light of

12  this requested extension, and the Court would have nearly one month to consider full briefing

13  before the claim construction hearing on November 25 and 26, 2013.

14   By his signature below, counsel for Plaintiffs Asetek Holdings, Inc. and Asetek A/S

15  attests that counsel for Defendants CoolIT Systems Inc. and Cooler Master Co., Ltd. and Cooler

16  Master USA, Inc. concur in the filing of this document.

17  Dated:  October 21, 2013                    FINNEGAN, HENDERSON, FARABOW,
                                                      GARRETT & DUNNER, LLP
18
                                              By:___/s/ Robert F. McCauley_____
19                                                   Robert F. McCauley

20                                                Robert F. McCauley (SBN 162056)
                                                  robert.mccauley@finnegan.com
21                                                Jeffrey D. Smyth (SBN 280665)
                                                  jeffrey.smyth@finnegan.com
22                                                Holly Atkinson (SBN 286546)
                                                  holly.atkinson@finnegan.com
23                                                FINNEGAN, HENDERSON, FARABOW,
                                                    GARRETT & DUNNER, LLP
24                                                3300 Hillview Avenue
                                                  Palo Alto, California 94304
25                                                Tel:       (650) 849-6600
                                                  Fax:       (650) 849-6666
26
                                                  Attorneys for Plaintiffs
27                                                Asetek A/S and Asetek Holdings, Inc.

28

1   Dated:  October 21, 2013                BLANK ROME LLP

2

3                                           By:____/s/ Joel Dion_____
                                                    Joel Dion

4                                           COOLEY LLP
                                            HEIDI L. KEEFE (178960)
5                                           (hkeefe@cooley.com)
                                            DANIEL J. KNAUSS (267414)
6                                           (dknauss@cooley.com)
                                            Five Palo Alto Square
7                                           3000 El Camino Real
                                            Palo Alto, CA  94306-2155
8                                           Telephone:(650) 843-5000
                                            Facsimile:  (650) 849-7400
9
                                            DENNIS McCOOE
10                                          (mccooe@blankrome.com)
                                            (admitted *Pro Hac Vice*)
11                                          KATHERINE BARECCHIA
                                            (barecchia@blankrome.com)
12                                          (admitted *Pro Hac Vice*)
                                            JOEL DION (dion-j@blankrome.com)
13                                          (admitted *Pro Hac Vice*)
                                            BLANK ROME LLP
14                                          One Logan Square
                                            130 North 18th Street
15                                          Philadelphia. PA  19103
                                            Telephone:(215) 569-5580
16                                          Facsimile:  (215) 832-5580

17                                          Attorneys for Defendant
                                            CoolIT Systems, Inc.
18

19   Dated:  October 21, 2013                ALSTON & BIRD LLP

20

21                                          By:____/s/ Celine Liu_____
                                                    Celine Liu

22                                          Yitai Hu (SBN 248085)
                                            Elizabeth H. Rader (SBN 184963)
23                                          ALSTON & BIRD LLP
                                            275 Middlefield Road, Suite 150
24                                          Menlo Park, CA 94025-4008
                                            Telephone:(650) 838-2000
25
                                            Celine Liu (SBN 268990)
26                                          ALSTON & BIRD LLP
                                            The Atlantic Building
27                                          950 F Street, NW

28

Washington, DC 20004-1404
Telephone:(202) 239-3300

Attorneys for Defendant
COOLER MASTER CO., LTD. and
COOLER MASTER USA INC.

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION OF THE PARTIES, the Stipulation is GRANTED.

9 a.m. on

3

Asetek and CoolIT will have until October 29, 2013, to file their respective claim construction

4

reply briefs.

5

**IT IS SO ORDERED.**

6

7

Dated: _____   10/22/13



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28