Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
Holly Atkinson (SBN 286546)
holly.atkinson@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Tel:    (650) 849-6600
Fax:   (650) 849-6666

Attorneys for Plaintiffs
ASETEK HOLDINGS, INC.
and ASETEK A/S

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
DANIEL J. KNAUSS (267414)
(dknauss@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

DENNIS McCOOE
(mccooe@blankrome.com)
(admitted *Pro Hac Vice*)
KATHERINE BARECCHIA
(barecchia@blankrome.com)
(admitted *Pro Hac Vice*)
JOEL DION (dion-j@blankrome.com)
(admitted *Pro Hac Vice*)
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia. PA  19103
Telephone:    (215) 569-5580
Facsimile:    (215) 832-5580

Attorneys for Defendant
COOLIT SYSTEMS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>          Plaintiffs,<br><br>     v.<br><br>COOLIT SYSTEMS INC.,<br><br>          Defendant. | CASE NO.  3:12-CV-04498-EMC<br><br>**STIPULATED REQUEST TO MODIFY THE PARTIAL SUMMARY JUDGMENT SUPPLEMENTAL DISCOVERY AND BRIEFING SCHEDULE; [PROPOSED] ORDER** |

On October 11, 2013, the Court issued an Order denying in part and deferring in part CoolIT's Motion for Partial Summary Judgment to Prevent Asetek's Double Recovery of Damages And, in the Alternative, for Patent Exhaustion. Dkt. 135.  In its Order, the Court deferred, under Rule 56(d), deciding the issue of whether partial summary judgment was appropriate based on CoolIT's asserted "have made" rights under the licensing agreement because Asetek had not had an opportunity to test the claims made in support of CoolIT's reply brief by its reply declarant Geoff Lyon. *Id.* at 9.  The Court Ordered that Asetek would have until November 1, 2013, to take narrowly focused discovery on the "have made" rights issue, Asetek would file a supplemental brief by November 6, 2013, and CoolIT would file a responsive brief by November 13, 2013. *Id.* at 10.

The parties have met and conferred regarding the supplemental discovery ordered by the Court.  CoolIT has advised that its reply declarant Mr. Lyon is traveling abroad and will not return until November 1, the final day for Asetek to conduct discovery pursuant to the Court's Order.  Asetek has also requested that CoolIT produce additional documents in response to Asetek's previously served document requests, and expects to serve interrogatories directed to this issue today.  In addition, the parties are still in the time-consuming process of preparing claim construction reply briefs and preparing for the tutorial and claim construction hearing in November.  For all these reasons, Asetek has requested, and CoolIT does not oppose, a stipulated extension to continue the discovery and briefing deadlines in the Court's October 11 Order.

Accordingly, the parties respectfully stipulate, with the Court's permission, to extend the deadlines by approximately forty-five days (with additional time for CoolIT's responsive brief over the holidays), so that the deadline for completing supplemental discovery would be extended from November 1, 2013 up to and including December 16, 2013, the deadline for Asetek to submit a supplemental brief from November 6, 2013 up to and including December 23, 2013, and the deadline for CoolIT to submit a responsive brief from November 13, 2013, up to an including January 6, 2014.  The requested extension will not interfere with any other deadlines currently set by this Court.

By his signature below, counsel for Plaintiff Asetek attests that counsel for Defendant CoolIT concurs in the filing of this document.

Dated: October 25, 2013          FINNEGAN, HENDERSON, FARABOW,
                                     GARRETT & DUNNER, LLP


                                 By:      /s/ *Robert F. McCauley*
                                          Robert F. McCauley

                                 Attorneys for Plaintiffs
                                 Asetek A/S and Asetek Holdings, Inc.


Dated: October 25, 2013          BLANK ROME LLP


                                 By:      /s/ *Joel Dion*
                                          Joel Dion

                                 Attorneys for Defendant
                                 CoolIT Systems, Inc.

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION OF THE PARTIES, the Stipulation is GRANTED. The discovery and briefing schedule set forth in the Court' October 11, 2013 Order (Dkt .135) shall be modified such that Asetek shall have until December 16, 2013 to conduct narrowly focused discovery on the "have made" rights issue, Asetek shall have until December 23, 2013 to file a supplemental brief, and CoolIT shall have until January 6, 2014, to file a responsive supplemental brief.

**IT IS SO ORDERED.**

Dated: _October 28, 2013_____    _____

The Honorable Edward M. Chen
United States District Judge
Northern District of California