COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
DANIEL J. KNAUSS (267414)
(dknauss@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

DENNIS McCOOE
(mccooe@blankrome.com)
(admitted *Pro Hac Vice*)
 (admitted *Pro Hac Vice*)
JOEL DION (dion-j@blankrome.com)
(admitted *Pro Hac Vice*)
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone:   (215) 569-5580
Facsimile:   (215) 832-5580

Attorneys for Defendant
CoolIT Systems, Inc.

ROBERT F. McCAULEY (162056)
(robert.mccauley@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone:   (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Plaintiffs
ASETEK HOLDINGS, INC. and
ASETEK A/S

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>             Plaintiffs,<br><br>        v.<br><br>COOLIT SYSTEMS INC.,<br><br>             Defendant. | CASE NO.  3:12-CV-04498-EMC<br><br>**STIPULATED REQUEST FOR ORDER RE MATERIALS FOR CLAIM CONSTRUCTION TUTORIAL; [PRO~~POS~~ED] ORDER**<br><br>Date:         November 21, 2013<br>Time:        3:00 p.m.<br>Location:   Courtroom 5, 17th Floor<br>Judge:       Hon. Edward M. Chen |

1   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs ASETEK
2   HOLDINGS, INC. and ASETEK A/S ("Asetek"), its attorneys and agents, and Defendant CoolIT
3   Systems, Inc. ("CoolIT"), its attorneys and agents, as follows:

4   On Thursday, November 21, 2013, Asetek and CoolIT, by and through their respective
5   counsel of record, may each bring into the federal courthouse located at 450 Golden Gate
6   Avenue, San Francisco, California, and use in Courtroom 5, 17th Floor, samples of their cooling
7   products for use in personal computer systems.

8   CoolerMaster, Defendant in C.A. No. 3:13-cv-00457-JST, will also be making a
9   presentation at this Claim Construction Tutorial.  Counsel for CoolerMaster, Elizabeth Rader,
10  joins this stipulation and request for an order, and requests that the order allow CoolerMaster to
11  also bring into the courtroom samples of their cooling products for use in personal computer
12  systems.  Asetek and CoolIT stipulate and agree to CoolerMaster's use of samples at the tutorial.

13  CoolIT and Asetek respectfully request an order allowing Asetek, CoolIT, and
14  CoolerMaster to bring samples of their cooling products for use in personal computer systems
15  into the courtroom.

Dated: November 20, 2013          COOLEY LLP
                                  HEIDI L. KEEFE
                                  DANIEL J. KNAUSS

                                  /s/ *Daniel J. Knauss*
                                  DANIEL J. KNAUSS
                                  Attorneys for Defendant
                                  CoolIT Systems, Inc.

In accordance with General Order No. 45, Section X(B), the above signatory attests that
Concurrence in the filing of this document has been obtained from the signatory below.

Dated: November 20, 2013          FINNEGAN, HENDERSON, FARABOW,
                                  GARRETT & DUNNER LLP
                                  ROBERT F. McCAULEY

                                  /s/ *Robert F. McCauley*
                                  ROBERT F. McCAULEY
                                  Attorneys for Plaintiffs ASETEK HOLDINGS,
                                  INC. and ASETEK A/S

By his signature below, counsel for CoolIT attests that counsel for CoolerMaster concurs in the filing of this stipulation.

Respectfully submitted,

COOLEY LLP

Dated: November 20, 2013

*/s/ Daniel J. Knauss*
DANIEL J. KNAUSS
Attorneys for Defendant
CoolIT Systems, Inc.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November 21, 2013

The Honorable Edward M. Chen
United States District Judge
Northern District of California

IT IS SO ORDERED
Judge Edward M. Chen