Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
Holly Atkinson (SBN 286546)
holly.atkinson@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

Attorneys for Plaintiffs
ASETEK HOLDINGS, INC. and ASETEK A/S

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
DANIEL J. KNAUSS (267414)
(dknauss@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

DENNIS McCOOE
(mccooe@blankrome.com)
(admitted *Pro Hac Vice*)
JOEL DION (dion-j@blankrome.com)
(admitted *Pro Hac Vice*)
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia. PA  19103
Telephone:     (215) 569-5580
Facsimile:     (215) 832-5580

Attorneys for Defendant
COOLIT SYSTEMS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>COOLIT SYSTEMS INC.,<br><br>　　　　　　Defendant. | CASE NO.  3:12-CV-04498-EMC<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE; [PROPOSED] ORDER** |

1     Plaintiffs Asetek Holdings, Inc. and Asetek A/S ("Asetek") and Defendant CoolIT Systems Inc. ("CoolIT") jointly stipulate with the Court's permission to a partial extension of the current deadline for completion of non-expert discovery. In its Case Management and Pretrial Order for Jury Trial of January 6, 2014 (Dkt. No. 163), the Court set April 10, 2014, as the cut-off date for fact discovery. The parties have agreed that the deposition of Geoff Lyon, in his individual capacity and as CoolIT's 30(b)(6) designee, will occur on April 11, 2014 and will continue through no later than Monday April 14, 2014, if necessary. Therefore, the parties stipulate to and request that the Court grant a partial extension of the non-expert discovery deadline, limited to the deposition of Geoff Lyon, up to and including April 14, 2014.

    By his signature below, counsel for Plaintiffs Asetek Holdings, Inc. and Asetek A/S attests that counsel for Defendant CoolIT concurs in the filing of this document.

Dated: April 8, 2014                    FINNEGAN, HENDERSON, FARABOW,
                                           GARRETT & DUNNER, LLP

                                    By:      /s/ *Jeffrey D. Smyth*
                                            Jeffrey D. Smyth
                                            Attorneys for Plaintiffs
                                            Asetek A/S and Asetek Holdings, Inc.

Dated: April 8, 2014                    BLANK ROME LLP

                                            By:      /s/ *Joel Dion*
                                            Joel Dion
                                            Attorneys for Defendant
                                            CoolIT Systems Inc.

**[PR~~OPOS~~ED] ORDER**

Pursuant to the parties' stipulation, the Court partially extends the deadline for completion of non-expert discovery, limited to the deposition of Geoff Lyon, up to and including April 14, 2014.

IT IS SO ORDERED.

Dated: 4/9/14    _____



Hon.
United

Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
Holly Atkinson (SBN 286546)
holly.atkinson@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Attorneys for Plaintiffs
ASETEK HOLDINGS, INC. and ASETEK A/S

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ASETEK HOLDINGS, INC. and ASETEK A/S, | CASE NO. 3:12-CV-04498-EMC |
|---|---|
| Plaintiffs, | **DECLARATION OF JEFFERY D. SMYTH IN SUPPORT OF JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE** |
| v. | |
| COOLIT SYSTEMS INC., | |
| Defendant. | |

I, Jeffrey D. Smyth, declare as follows:

I am an attorney licensed to practice in California and before this Court, and am an associate with Finnegan, Henderson, Farabow, Garrett & Dunner LLP, counsel for Plaintiffs Asetek Holdings, Inc. and Asetek A/S ("Asetek"). I submit this Declaration in Support of the Joint Stipulation to Extend Discovery Deadline ("Stipulation") filed concurrently herewith. The matters stated herein are based upon my personal knowledge, and if called as a witness, would testify as to the following statements.

Asetek and Defendant CoolIT Systems Inc. ("CoolIT") jointly stipulate, with the Court's permission, to amend the Case Management and Pretrial Order for Jury Trial of January 6, 2014 (Dkt. No. 163), as provided in the Stipulation. The parties have agreed that the deposition of Geoff Lyon, in his individual capacity and as CoolIT's 30(b)(6) designee, will occur on April 11, 2014 and will continue through no later than Monday April 14, 2014, if necessary. These proposed modifications to the schedule do not result in any prejudice to the parties and do not affect any other dates set by the Court. The parties therefore respectfully request that the Court enter the parties' Joint Stipulation to Extend Discovery Deadline.

The previous requested modifications of time in this case are as follows: a stipulation to extend time for CoolIT to respond to the complaint (Dkt. No. 10); a stipulated order to change times for responses to defendant's motions to stay pending reexaminations and motion to dismiss (Dkt. No. 28); a stipulated order rescheduling case management conference (Dkt. No. 39); a stipulated order to amend case management order (Dkt. 75); a stipulation to change the time for Asetek to respond to CoolIT's motion for partial summary judgment (Dkt No. 98); a stipulation to change time to file responsive and reply claim construction briefs (Dk. No. 131); a stipulated order extending time to file reply claim construction briefs (Dkt. No. 144); and a stipulated order modifying partial summary judgment supplemental discovery and briefing schedule (Dkt. No. 147).

1    I declare under the penalty of perjury under the laws of the United States that the foregoing is
2    true and correct.  Executed this 8th day of April, 2014, in Palo Alto, California.
3
4                                                    By: */s/ Jeffery D. Smyth*
                                                          Jeffery D. Smyth
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28