Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
Holly Atkinson (SBN 286546)
holly.atkinson@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Attorneys for Plaintiffs
ASETEK HOLDINGS, INC. and ASETEK A/S

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
DANIEL J. KNAUSS (267414)
(dknauss@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

DENNIS McCOOE
(mccooe@blankrome.com)
(admitted *Pro Hac Vice*)
JOEL DION (dion-j@blankrome.com)
(admitted *Pro Hac Vice*)
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia. PA  19103
Telephone:    (215) 569-5580
Facsimile:    (215) 832-5580

Attorneys for Defendant
COOLIT SYSTEMS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>Plaintiffs,<br><br>v.<br><br>COOLIT SYSTEMS INC.,<br><br>Defendant. | CASE NO.  3:12-CV-04498-EMC<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE; [PROPOSED ORDER]** |

1  Plaintiffs Asetek Holdings, Inc. and Asetek A/S ("Asetek") and Defendant CoolIT Systems
2  Inc. ("CoolIT") jointly stipulate, with the Court's permission, to an extension of the deadline for
3  completion of non-expert discovery.  The parties are cooperating regarding Asetek's request that
4  CoolIT produce certain discovery, but due to a family emergency of CoolIT's counsel, this process
5  is taking longer than anticipated.  Accordingly, the parties stipulate, with the Court's permission, to
6  extend the fact discovery cut-off to Monday, April 21, 2014.

7  By his signature below, counsel for Plaintiffs Asetek Holdings, Inc. and Asetek A/S attests
8  that counsel for Defendant CoolIT concurs in the filing of this document.

10 Dated: April 16, 2014                FINNEGAN, HENDERSON, FARABOW,
                                         GARRETT & DUNNER, LLP

12                                       By:_____/s/ Jeffery D. Smyth_____
                                            Jeffery D. Smyth
                                            Attorneys for Plaintiffs
13                                          Asetek A/S and Asetek Holdings, Inc.

15 Dated: April 16, 2014                BLANK ROME LLP

17                                       By:_____/s/ Dennis McCooe_____
                                            Dennis McCooe
                                            Attorneys for Defendant
18                                          CoolIT Systems Inc.

**[PROP̶O̶SED] ORDER**

Pursuant to the parties' stipulation, the Court extends the deadline for completion of fact/non-expert discovery to Monday, April 21, 2014.

IT IS SO ORDERED.

Dated:  4/17/14

