COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
DANIEL J. KNAUSS (267414)
(dknauss@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

DENNIS McCOOE
(mccooe@blankrome.com)
(admitted *Pro Hac Vice*)
JOEL DION (dion-j@blankrome.com)
(admitted *Pro Hac Vice*)
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5580
Facsimile: (215) 832-5580

Attorneys for Defendant
CoolIT Systems, Inc.

ROBERT F. McCAULEY (162056)
(robert.mccauley@finnegan.com)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Plaintiffs
ASETEK HOLDINGS, INC. and
ASETEK A/S

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ASETEK HOLDINGS, INC. and ASETEK A/S,

Plaintiffs,

v.

COOLIT SYSTEMS INC.,

Defendant.

CASE NO. 3:12-CV-04498-EMC

**STIPULATED REQUEST FOR ORDER RE MATERIALS FOR MOTION HEARING; [PROPOSED] ORDER**

Date: June 5, 2014
Time: 9:30 a.m.
Location: Courtroom 5, 17th Floor
Judge: Hon. Edward M. Chen

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs ASETEK HOLDINGS, INC. and ASETEK A/S ("Asetek"), its attorneys and agents, and Defendant CoolIT Systems, Inc. ("CoolIT"), its attorneys and agents, as follows:

On Thursday, June 5, 2014, Asetek and CoolIT, by and through their respective counsel of record, may each bring into the federal courthouse located at 450 Golden Gate Avenue, San Francisco, California, and use in Courtroom 5, 17th Floor, samples of their cooling products for use in personal computer systems.

CoolIT and Asetek respectfully request an order allowing Asetek and CoolIT, to bring samples of their cooling products for use in personal computer systems into the courtroom.

Dated: May 30, 2014

BLANK ROME LLP
DENNIS P. MCCOOE
JOEL L. DION

/s/ *Joel L. Dion*
JOEL L. DION
Attorneys for Defendant
CoolIT Systems, Inc.

In accordance with General Order No. 45, Section X(B), the above signatory attests that Concurrence in the filing of this document has been obtained from the signatory below.

Dated: May 30, 2014

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP
ROBERT F. McCAULEY

/s/ *Robert F. McCauley*
ROBERT F. McCAULEY
Attorneys for Plaintiffs ASETEK HOLDINGS, INC. and ASETEK A/S

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ~~June __, 2014~~ May 30, 2014

The Honorable Edward M. Chen
United States District
North

