1  Robert F. McCauley (SBN 162056)
   robert.mccauley@finnegan.com
2  Jeffrey D. Smyth 9SBN 280665)
   jeffrey.smyth@finnegan.com
3  Holly Atkinson (SBN 286546)
   holly.atkinson@finnegan.com
4  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
5  3300 Hillview Avenue
   Palo Alto, California 94304
6  Tel: (650) 849-6600
   Fax: (650) 849-6666
7
   Attorneys for Plaintiffs ASETEK HOLDINGS, INC.
8  and ASETEK A/S

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13

14  ASETEK HOLDINGS, INC. and ASETEK A/S,     CASE NO.  3:12-CV-04498-EMC

           Plaintiffs,                         **JOINT STIPULATION TO EXCEED**
15                                             **PAGE LIMIT FOR MOTION FOR**
                                               **SUMMARY JUDGMENT BRIEF;**
           v.                                  **[PROPOSED] ORDER**
16

17  COOLIT SYSTEMS INC.,

           Defendant.                          Judge:      Hon. Edward M. Chen
18

19

20

21

22

23

24

25

26

27

28

1      Plaintiffs Asetek Holdings, Inc. and Asetek A/S ("Plaintiffs") and Defendant CoolIT

2 Systems, Inc. ("Defendant") hereby stipulate, with the Court's permission, that Plaintiffs may

3 file their first and only motion for summary judgment not to exceed ~~35~~ 30 pages.

4      Defendant previously filed a motion for summary judgment (Dkt. No. 93), and at the

5 Case Management Conference of April 24, 2014, the Court granted Defendant's request for

6 permission to file a second summary judgment brief without objection by Plaintiffs.  Given the

7 complexity of this case (involving three patents in suit), and the above described circumstances,

8 Plaintiffs believe their request is fair and appropriate.

9      By his signature below, counsel for Plaintiffs attests that counsel for Defendant concurs

10 in the filing of this Stipulation.

11

12 Dated:  June 13, 2013           FINNEGAN, HENDERSON, FARABOW,
                            GARRETT & DUNNER, LLP

13

14                     By:   */s/ Robert F. McCauley*
                           Robert F. McCauley

15

16                     Robert F. McCauley (SBN 162056)
                    robert.mccauley@finnegan.com

17                     Jeffrey D. Smyth (SBN 280665)
                    jeffrey.smyth@finnegan.com

18                     Holly Atkinson (SBN 286546)
                    holly.atkinson@finnegan.com

19                     FINNEGAN, HENDERSON, FARABOW,
                     GARRETT & DUNNER, LLP

20                     3300 Hillview Avenue
                    Palo Alto, California 94304

21                     Tel:     (650) 849-6600
                    Fax:    (650) 849-6666

22                     Attorneys for Plaintiffs
                    Asetek A/S and Asetek Holdings, Inc.

23

24 Dated:  June 13, 2013           BLANK ROME LLP

25

26                     By:   */s/ Joel Dion*
                           Joel Dion

27                     COOLEY LLP
                    HEIDI L. KEEFE (178960)

28

JOINT STIPULATION TO EXCEED PAGE LIMIT
FOR MOTION FOR SUMMARY JUDGMENT BRIEF
CASE NO. 3:12-CV-04498-EMC

(hkeefe@cooley.com)
DANIEL J. KNAUSS (267414)
(dknauss@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:(650) 843-5000
Facsimile: (650) 849-7400

DENNIS McCOOE
(mccooe@blankrome.com)
(admitted *Pro Hac Vice*)
KATHERINE BARECCHIA
(barecchia@blankrome.com)
(admitted *Pro Hac Vice*)
JOEL DION (dion-j@blankrome.com)
(admitted *Pro Hac Vice*)
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia. PA  19103
Telephone:(215) 569-5580
Facsimile: (215) 832-5580

Attorneys for Defendant
CoolIT Systems, Inc.

JOINT STIPULATION TO EXCEED PAGE LIMIT
FOR MOTION FOR SUMMARY JUDGMENT BRIEF
CASE NO. 3:12-CV-04498-EMC

1

**[~~PROPOSED~~] ORDER**

2

PURSUANT TO STIPULATION OF THE PARTIES, the Stipulation is GRANTED.

3

**IT IS SO ORDERED.**     (Modified above. 30 pages only.)

4

5

Dated: _____     6/16/14



6

The Honorable Chen

7

ia

8

Judge Edward M. Chen

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXCEED PAGE LIMIT
FOR MOTION FOR SUMMARY JUDGMENT BRIEF
CASE NO. 3:12-CV-04498-EMC