COOLEY LLP
HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
DANIEL J. KNAUSS (267414) (dknauss@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

DENNIS McCOOE  (mccooe@blankrome.com)
(admitted *Pro Hac Vice*)
JOEL DION (dion-j@blankrome.com)
(admitted *Pro Hac Vice*)
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia. PA  19103
Telephone:     (215) 569-5580
Facsimile:      (215) 832-5580

Attorneys for Defendant
CoolIT Systems, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>Plaintiffs,<br><br>v.<br><br>COOLIT SYSTEMS INC.,<br><br>Defendant. | Case No.  3:12-cv-04498-EMC<br><br>**DEFENDANT COOLIT SYSTEMS INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS SUPPORTING COOLIT'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PAT. NOS. 8,240,362 AND 8,245,764, NO DAMAGES FOR NON-U.S. SALES, NO LOST PROFITS, INVALIDITY OF U.S. PAT. NO. 8,245,764, AND INFRINGEMENT OF U.S. PAT. NO. 8,382,456**<br><br>**Date:** July 24, 2014<br>**Time:** 1:30 pm<br>**Courtroom:** 5, 17th Floor<br>**JUDGE: HON. EDWARD M. CHEN** |

Pursuant to Local Rules 7-11 and 79-5, Defendant CoolIT Systems Inc. ("CoolIT") hereby administratively moves the Court for an order to file under seal certain portions of exhibits attached to the Declaration of Joel L. Dion in Support of Defendant CoolIT Systems, Inc.'s Motion for Summary Judgment, filed concurrently herein.

Specifically, Exhibits I, J, and K of the Declaration of Joel L. Dion referred to herein, refer to confidential information of CoolIT, Asetek, and Corsair, a third party that was deposed in this case, regarding product specifications, technical information, and confidential sales information. Thus redaction of these documents pursuant to Local Civil Rule 79-5(c) is sought. Pursuant to Local Civil Rule 79-5(c), CoolIT is concurrently lodging with the Court copies of these documents showing information to be redacted with highlighting.

CoolIT thus respectfully requests, for the foregoing reasons, that the Court grant this administrative motion and issue an order sealing portions of Exhibits I, J, and K of the Declaration of Joel L. Dion, as set forth in the Declaration of Joel L. Dion in Support of Defendant CoolIT Systems Inc.'s Administrative Motion To File Under Seal Documents, filed concurrently herewith.

Dated: June 19, 2014
BLANK ROME LLP
DENNIS P. MCCOOE
JOEL L. DION

/s/ *Joel L. Dion*
JOEL L. DION
Attorneys for Defendant
CoolIT Systems, Inc.

108248477 v1

ASETEK HOLDINGS, et al. v. COOLIT SYSTEMS, INC. – 3:12-CV-04498-EMC

2

DEF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO