Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
Holly Atkinson (SBN 286546)
holly.atkinson@finnegan.com
Daniel S. Perry (SBN 292996)
daniel.perry@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Tel: (650) 849-6600
Fax: (650) 849-6666

Attorneys for Plaintiffs ASETEK HOLDINGS, INC. and ASETEK A/S

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
DANIEL J. KNAUSS (267414)
(dknauss@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

DENNIS McCOOE
(mccooe@blankrome.com)
(admitted *Pro Hac Vice*)
JOEL DION (dion-j@blankrome.com)
(admitted *Pro Hac Vice*)
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia. PA  19103
Telephone:     (215) 569-5580
Facsimile:      (215) 832-5580

Attorneys for Defendant
CoolIT Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>Plaintiffs,<br><br>v.<br><br>COOLIT SYSTEMS INC.,<br><br>Defendant. | CASE NO.  3:12-CV-04498-EMC<br><br>**STIPULATED REQUEST TO EXTEND DEADLINE FOR SUBMISSION OF DISCOVERY PLAN; [PRO~~POS~~ED] ORDER** |

1  Counsel for Plaintiffs/Counterclaim-Defendants Asetek Holdings, Inc. and Asetek A/S, and
2  Defendant/Counterclaim-Plaintiff CoolIT Systems, Inc., hereby submit the following stipulation for
3  a two-week extension for submission of a discovery plan to October 28, 2014.
4  On Tuesday, September 16, 2104, this Court held a pre-trial conference in the above
5  captioned matter. At the conference, the Court ordered the parties to submit a discovery plan
6  regarding the issue of substitution of named parties for the plaintiff.
7  On Friday, September 19, 2014, a Court-ordered mediation was held in Magistrate Judge
8  Grewal's courtroom and chambers. Pending and assuming resolution of certain contingencies,
9  the parties agreed upon a settlement framework to resolve this litigation and other litigations, as
10  approved by Judge Grewal. During the mediation, the parties agreed that the deadline for
11  submission of the discovery plan should be extended by two weeks. On October 1, 2014, the Court
12  granted the parties' request for a two-week extension to October 14, 2014.
13  The parties are continuing to work on a resolution and respectfully submit that a further
14  extension of the deadline for submission of a discovery plan will be conducive to the continued
15  maturation of a resolution of all pending litigations between the parties. Accordingly, the parties
16  jointly and respectfully request an order resetting the deadline for submission of a discovery plan to
17  Tuesday, October 28, 2014.
18  By his signature below, counsel for Plaintiff/Counterclaim-Defendant attests that counsel for
19  Defendant/Counterclaim-Plaintiff concurs in the filing of this document.

| | |
|---|---|
| Dated: October 14, 2014 | Respectfully submitted, |
| | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| | By:   /s/ *Robert F. McCauley* |
| |      Robert F. McCauley |
| | Attorneys for Plaintiffs Asetek A/S and Asetek Holdings, Inc. |
| Dated: October 14, 2014 | COOLEY LLP |
| | By:   */s/ Joel L. Dion* |
| |      Joel L. Dion |
| | Attorneys for Defendant CoolIT Systems Inc. |

# [PROP~~OS~~ED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 15, 2014

