1  COOLEY LLP
   HEIDI L. KEEFE (178960)
2  (hkeefe@cooley.com)
   DANIEL J. KNAUSS (267414)
3  (dknauss@cooley.com)
   Five Palo Alto Square
4  3000 El Camino Real
   Palo Alto, CA  94306-2155
5  Telephone:     (650) 843-5000
   Facsimile:     (650) 849-7400
6
   DENNIS McCOOE
7  (mccooe@blankrome.com)
   (admitted *Pro Hac Vice*)
8  JOEL DION (dion-j@blankrome.com)
   (admitted *Pro Hac Vice*)
9  BLANK ROME LLP
   One Logan Square
10 130 North 18th Street
   Philadelphia, PA  19103
11 Telephone:     (215) 569-5580
   Facsimile:     (215) 832-5580
12
   Attorneys for Defendant
13 CoolIT Systems, Inc.

   Robert F. McCauley (SBN 162056)
   robert.mccauley@finnegan.com
   Jeffrey D. Smyth (SBN 280665)
   jeffrey.smyth@finnegan.com
   Holly Atkinson (SBN 286546)
   holly.atkinson@finnegan.com
   Daniel S. Perry (SBN 292996)
   daniel.perry@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
         GARRETT & DUNNER LLP
   3300 Hillview Avenue
   Palo Alto, CA  94304
   Telephone:     (650) 849-6600
   Facsimile:     (650) 849-6666

   Attorneys for Plaintiffs
   ASETEK HOLDINGS, INC. and
   ASETEK DANMARK A/S

14           UNITED STATES DISTRICT COURT

15          NORTHERN DISTRICT OF CALIFORNIA

16             SAN FRANCISCO DIVISION

17 ASETEK HOLDINGS, INC. and ASETEK
   DANMARK A/S,
18
                   Plaintiffs,
19
              v.
20
   COOLIT SYSTEMS INC.,
21
                   Defendant.
22

   CASE NO.  3:12-CV-04498-EMC

   **STIPULATED DISCOVERY PLAN;
   [PRO~~PO~~SED] ORDER**

1    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs ASETEK

2  HOLDINGS, INC. and ASETEK DANMARK A/S ("Asetek"), its attorneys and agents, and

3  Defendant CoolIT Systems, Inc. ("CoolIT"), its attorneys and agents, as follows:

4    On Tuesday, September 16, 2014, this Court held a pre-trial conference in the above-

5  captioned matter.  At the conference, the Court ordered the parties to submit a discovery plan

6  regarding the issue of substitution of Asetek Danmark A/S for Asetek A/S as plaintiff.

7    This Court has previously granted the parties' joint requests to extend the deadline for

8  submission of a discovery plan to October 28, 2014.

9    The parties have conferred regarding a discovery plan and agreed to the following:

10    • Additional discovery is to be directed to the issue of substitution of Asetek

11      Danmark A/S for Asetek A/S as plaintiff;

12    • CoolIT to submit its requests for written discovery by November 28, 2014;

13    • Asetek's responses to CoolIT's discovery requests due on December 30, 2014;

14    • The parties to meet and confer regarding the need for, and the number and length

15      of depositions after Asetek's responses are due;

16    • Written and deposition discovery to be completed by January 31, 2015.

17    The parties thus jointly and respectfully request an order entering the above as a stipulated

18  discovery plan.

19    By the signature below, counsel for CoolIT attests that counsel for Asetek concur in the

20  filing of this stipulation.

21                                                    Respectfully submitted,

22                                                    COOLEY LLP

23

24  Dated: October 28, 2014                 */s/ Daniel J. Knauss*
                                                    DANIEL J. KNAUSS
                                                    Attorneys for Defendant
25                                                  CoolIT Systems, Inc.

26

27

28

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Status Conference

3

set for 1/29/15 at 10:30 a.m. is reset for 2/12/15 at 10:30 a.m.

4

An updated joint status report shall be filed by 2/5/15.

5

6

Dated: October 28, 2014  November 3, 2014 _____

7

The Honorable Edward M. Chen

United States District Judge

Northern District of California

8

9

10

11

12



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28