| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>robert.mccauley@finnegan.com<br>Jeffrey D. Smyth (SBN 280665)<br>jeffrey.smyth@finnegan.com<br>Holly Atkinson (SBN 286546)<br>holly.atkinson@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Tel: (650) 849-6600<br>Fax: (650) 849-6666<br><br>Attorneys for Plaintiffs ASETEK HOLDINGS,<br>INC. and ASETEK DANMARK A/S | COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>DANIEL J. KNAUSS (267414)<br>(dknauss@cooley.com)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155<br>Telephone:   (650) 843-5000<br>Facsimile:   (650) 849-7400<br><br>DENNIS McCOOE<br>(mccooe@blankrome.com)<br>(admitted *Pro Hac Vice*)<br>BLANK ROME LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia. PA  19103<br>Telephone:   (215) 569-5580<br>Facsimile:   (215) 832-5580<br><br>Attorneys for Defendant<br>COOLIT SYSTEMS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK DANMARK A/S,<br><br>             Plaintiffs,<br><br>       v.<br><br>COOLIT SYSTEMS INC.,<br><br>             Defendant. | CASE NO.  3:12-CV-04498-EMC<br><br>**STIPULATION TO CONTINUE CMC ONE WEEK;**<br><br>**[PROPOSED] ORDER**<br><br><br>Judge: Hon. Edward M. Chen |

STIPULATED REQUEST TO CONTINUE HEARING
CASE NO. 3:12-CV-04498-EMC

1    Counsel for Plaintiff Asetek Holdings, Inc. and Asetek Danmark A/S (collectively "Asetek")
2 and Defendant CoolIT Systems, Inc., respectfully submit the following stipulation to, with the
3 Court's permission, continue the CMC hearing currently scheduled for January 22, 2015, by one
4 week to January 29, 2015 at 3:00 p.m. or later that day (the Court's calendar permitting).
5    Counsel for the parties submit this stipulation for two reasons. First, the parties are
6 coordinating a deposition of Asetek by CoolIT expected to take place close in time to January 29, the
7 date of the requested CMC, which will reduce travel expense and burdens for CoolIT's counsel.
8 Second, lead counsel for Asetek advises that he will be arguing two summary judgment motions in
9 another case on Friday, January 23, 2015, and had previously scheduled preparatory and strategic
10 meetings with co-counsel in that case (who will be traveling to Palo Alto from the east coast) on
11 Thursday, January 22, 2015, the date of the currently scheduled CMC in this action.
12    Continuing the CMC by one week, as requested herein, will not impact any other dates in this
13 action, or cause prejudice to the parties.
14    By his signature below, counsel for Asetek attests under penalty of perjury that counsel for
15 CoolIT concurred in the filing of this document.

17 Dated: January 14, 2015                Respectfully submitted,

18                                        FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER, LLP

20                                        By:   /s/ *Robert F. McCauley*
                                              Robert F. McCauley

                                          Attorneys for Plaintiff
22                                        Asetek Holdings, Inc. and Asetek Danmark A/S

23 Dated: January 14, 2015                COOLEY LLP
24

25                                        By:   */s/ Dennis McCooe*
                                              Dennis McCooe
26                                            Attorneys for Defendant
                                              CoolIT Systems Inc.

1

STIPULATED REQUEST TO CONTINUE HEARING
CASE NO. 3:12-CV-04498-EMC

**[PR~~OPOSED~~] ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, the upcoming Case Management Conference in this matter is reset for January 29, 2015, at 3:00 p.m. [~~or later time~~].

Dated: January 20, 2015



_____
The Honorable Edward M. Chen
United States District Court
Northern District of California

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

1

STIPULATED REQUEST TO CONTINUE HEARING
CASE NO. 3:12-CV-04498-EMC