1  Robert F. McCauley (SBN 162056)
   robert.mccauley@finnegan.com
2  Jeffrey D. Smyth (SBN 280665)
   jeffrey.smyth@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
4  3300 Hillview Avenue
   Palo Alto, California 94304
5  Tel: (650) 849-6600
   Fax: (650) 849-6666
6

7  Attorneys for Plaintiffs ASETEK HOLDINGS,
   INC. and ASETEK A/S
8

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
DANIEL J. KNAUSS (267414)
(dknauss@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:      (650) 843-5000
Facsimile:      (650) 849-7400

DENNIS McCOOE
(mccooe@blankrome.com)
(admitted *Pro Hac Vice*)
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia. PA  19103
Telephone:      (215) 569-5580
Facsimile:      (215) 832-5580

Attorneys for Defendant
COOLIT SYSTEMS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>    Plaintiffs and Counterclaim<br>    Defendants,<br><br>  v.<br><br>COOLIT SYSTEMS INC.,<br><br>    Defendant and<br>    Counterclaim Plaintiff. | CASE NO.  3:12-CV-04498-EMC<br><br>**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE;**<br><br>**[PROPOSED] ORDER**<br><br><br>Judge: Hon. Edward M. Chen |

1   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), Plaintiffs and Counterclaim Defendants

2   Asetek Holdings, Inc. and Asetek A/S ("Asetek") and Defendant and Counterclaim Plaintiff CoolIT

3   Systems Inc., ("CoolIT") stipulate that this action (*i.e.*, all claims and counterclaims) is dismissed

4   with prejudice in its entirety.  Magistrate Judge Grewal, or in his absence, the Northern District of

5   California, will retain jurisdiction to enforce the parties' confidential settlement agreement (the

6   terms of which are incorporated herein by reference).  Each party shall bear its own attorneys fees

7   and costs.

8   The parties further note for the record that the named plaintiff "Asetek A/S" is currently

9   known as Asetek Danmark A/S and that references to "Asetek A/S" in this stipulation and proposed

10  order refer to the corporate entity currently known as "Asetek Danmark A/S."

11  By his signature below, counsel for Asetek attests under penalty of perjury that counsel for

12  CoolIT concurs in the filing of this document.

13

14  Dated:  February 6, 2015                    Respectfully submitted,

15                                              FINNEGAN, HENDERSON, FARABOW,
                                                  GARRETT & DUNNER, LLP
16

17                                              By:   /s/*Robert F. McCauley*
                                                     Robert F. McCauley
18
                                                Attorneys for Plaintiff and Counterclaim Defendant
19                                              Asetek Holdings, Inc. and Asetek A/S

20  Dated:  February 6, 2015                    COOLEY LLP

21

22                                              By:   /s/*Daniel J. Knauss*
                                                     Daniel J. Knauss
23                                              Attorneys for Defendant and Counterclaim Plaintiff
                                                CoolIT Systems Inc.
24

25

26

27

28

1

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION OF ALL PARTIES, AND FOR GOOD CAUSE SHOWN:

This action (i.e., all claims and counterclaims) is dismissed with prejudice in its entirety, with Magistrate Judge Grewal, or in his absence, the Northern District of California, retaining jurisdiction to enforce the parties' confidential settlement agreement (the terms of which are incorporated herein by reference).  Each party shall bear its own attorneys fees and costs.

IT IS SO ORDERED.

Dated:  February __ 2015



_____

The Honorable Edward M. Chen

Judge Edward M. Chen

DISMISSAL WITH PREJUDICE
CASE NO. 3:12-CV-04498-EMC